UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK HUFFORD and JOHN WISBISKI, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>MAXIM INC.,<br><br>     Defendant. | Civil Action No. 19-cv-04452-ALC-RWL |

### NOTICE OF MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARDS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on November 10, 2020 at 11:00 a.m. before the Honorable Andrew L. Carter, Jr., United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiffs Patrick Hufford and John Wisbiski ("Plaintiffs"), by and through Class Counsel, will move and hereby do move for an order (1) approving the payment of attorneys' fees, costs, and expenses in the amount of one-third of the settlement fund, (2) granting Plaintiffs a service award of $5,000 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

 **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support, the Declaration of Patrick Hufford, the Declaration of John Wisbiski, the Declaration of Philip L. Fraietta, with annexed exhibits, and the Declaration of Frank S. Hedin, with annexed exhibits.

2

Dated:  September 25, 2020

Respectfully submitted,

By:     /s/ Philip L. Fraietta
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  jmarchese@bursor.com
       pfraietta@bursor.com

**HEDIN HALL LLP**
Frank S. Hedin*
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
Email: fhedin@hedinhall.com
*Admitted *Pro Hac Vice*

*Class Counsel*