UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK HUFFORD and JOHN WISBISKI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MAXIM INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 19-cv-04452-ALC-RWL |

**NOTICE OF MOTION FOR FINAL APPROVAL OF**
**<u>CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that on November 10, 2020 at 11:00 a.m. before the Honorable Andrew L. Carter, Jr., United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York 10007, Plaintiffs Patrick Hufford and John Wisbiski, by and through Class Counsel will move and hereby does move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

　　PLEASE TAKE FURTHER NOTICE that, in support of the motion, Plaintiffs will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Jennifer M. Keough, and the exhibits attached thereto.

　　PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

　　　　　　　　　　　　　　　　　　　***

　　A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

1

Dated:  October 27, 2020               Respectfully submitted,


                                       By:    */s/ Philip L. Fraietta*
                                              Philip L. Fraietta

                                       **BURSOR & FISHER, P.A.**
                                       Joseph I. Marchese
                                       Philip L. Fraietta
                                       888 Seventh Avenue
                                       New York, NY  10019
                                       Telephone:  (646) 837-7150
                                       Facsimile:  (212) 989-9163
                                       Email:  jmarchese@bursor.com
                                               pfraietta@bursor.com

                                       **HEDIN HALL LLP**
                                       Frank S. Hedin*
                                       1395 Brickell Avenue, Suite 1140
                                       Miami, FL 33131
                                       Telephone: (305) 357-2107
                                       Facsimile: (305) 200-8801
                                       Email: fhedin@hedinhall.com
                                               *Admitted *Pro Hac Vice*

                                       *Class Counsel*

2