```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
                                          ELECTRONICALLY FILED
-----------------------------------------x DOC#: _____
HUFFORD, ET AL.,                        :  DATE FILED: 11/3/2020
                          Plaintiffs,   :
                                        :
            v.                          :  1:19-cv-04452-ALC-RWL
                                        :  ORDER
MAXIM, INC.,                            :
                                        :
                          Defendant.    :
                                        :
                                        :
-----------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' joint request to hold the final approval hearing in this matter remotely. ECF No. 80. The Parties' request is hereby GRANTED. The November 10, 2020 11 a.m. final approval hearing will be held telephonically. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
**Dated: November 3, 2020**
       **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**